United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-12812-mdc

Sharon A Gombocz     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Feb 18, 2021     Form ID: 155     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon A Gombocz, 38 Neeld Ln, Aston, PA 19014-2009 |
| 14515275 | | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14517327 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14515276 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, ATTN: Bankruptcy Dept, PO Box 982238, El Paso, TX 79998-2238 |
| 14522856 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14515277 | | Citi Cards/ Simplicity Card, PO Box 6062, Sioux Falls, SD 57117-6062 |
| 14515278 | | Citi Cards/At&t Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14519759 | | PNC BANK, NATIONAL ASSOCIATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14560225 | + | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14515281 | | PNC Mortgage, 1601 Ranstead St, Philadelphia, PA 19103 |
| 14515282 | | Police and Fire FCU Customer Service, PO Box 30495, Tampa, FL 33630-3495 |
| 14515283 | | Sears, PO Box 6286, Sioux Falls, SD 57117-6286 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14515277 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 02:45:30 | Citi Cards/ Simplicity Card, PO Box 6062, Sioux Falls, SD 57117-6062 |
| 14515278 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 02:53:29 | Citi Cards/At&t Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14515279 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2021 03:33:00 | Comenity Capital Bank/Ulta, Attn: Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |
| 14528076 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2021 02:44:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14515280 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2021 03:33:00 | PNC Bank, N.A., PO Box 3429, Pittsburgh, PA 15230-3429 |
| 14523456 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2021 03:33:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14531205 | + | Email/Text: Bankruptcy.Notices@pnc.com | Feb 19 2021 03:33:00 | PNC BANK, NATIONAL ASSOCIATION, PNC BANK, NA, Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342-5421 |
| 14532975 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2021 02:35:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14515283 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 19 2021 02:53:13 | Sears, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 14515284 | | Email/PDF: gecsedi@recoverycorp.com | Feb 19 2021 02:44:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy |

Dept, PO Box 965064, Orlando, FL 32896-5064

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14515285 | | 2:20-bk-12812 |
| 14515286 | * | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14515287 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, ATTN: Bankruptcy Dept, PO Box 982238, El Paso, TX 79998-2238 |
| 14515288 | * | Citi Cards/ Simplicity Card, PO Box 6062, Sioux Falls, SD 57117-6062 |
| 14515289 | * | Citi Cards/At&t Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14515290 | * | Comenity Capital Bank/Ulta, Attn: Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |
| 14515291 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 3429, Pittsburgh, PA 15230-3429 |
| 14515292 | * | PNC Mortgage, 1601 Ranstead St, Philadelphia, PA 19103 |
| 14515293 | * | Police and Fire FCU Customer Service, PO Box 30495, Tampa, FL 33630-3495 |
| 14515294 | * | Sears, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 14515295 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ARECHAVALA | on behalf of Debtor Sharon A Gombocz legaloptions@comcast.net |
| MARIO J. HANYON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com   philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sharon A Gombocz
        Debtor(s)                                              Chapter: 13

Bankruptcy No: 20−12812−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this February 18, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                            Magdeline D. Coleman
                                                                            Chief Judge ,
                                                                            United States Bankruptcy Court

                                                                                                                                               32 − 9
                                                                                                                                            Form 155