UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :    CHAPTER 13
Sharon A Gombocz                    :
                                    :
        Debtor (s)                  :    Bankruptcy No. 20-12812-mdc

**CERTIFICATION OF NO RESPONSE**

I, Anthony Arechavala, Esquire, attorney for Debtor listed above, certify the following:

1. On 2/19/2020, I served a true and correct copy of Application for Compensation of Attorney Fees, to the Trustee and all interested parties.

2. An objection to the application has not been filed.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Compensation of Attorney Fees.

Date: 3/10/21

/s/ Anthony Arechavala
Anthony Arechavala, Esquire
1015 Chestnut Street, Suite 400
Philadelphia, PA 19107
(215) 351-5418