UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Sharon A Gombocz  :  Chapter 13
                         :
       Debtor(s)          :  Case No. 20-12812-mdc

### ORDER TO ALLOW COUNSEL FEES

AND NOW, this _____ day of _____, 2021, upon consideration of the foregoing Application and upon notice, opportunity for hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Total counsel fees (exclusive of $310.00 filing fee): $2,800.00 ($1,610.00 in the Plan)

Total reimbursement of expenses in the amount of $0.00

The allowed compensation set forth above less $1,190.00 which was paid by the Debtor pre-petition is to be paid by the trustee to Anthony Arechavala, Esquire from available funds in the Debtor's estate.

BY THE COURT

March 17, 2021

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE