Certificate Number: 15317-PAE-DE-039562526

Bankruptcy Case Number: 20-12812



15317-PAE-DE-039562526

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2025</u>, at <u>1:19</u> o'clock <u>PM PDT</u>, <u>Sharon A Gombocz</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 16, 2025</u>

By:  <u>/s/Christel Raz</u>

Name:  <u>Christel Raz</u>

Title:  <u>Counselor</u>