341 Information Request Form
Debtor's Address
Employer Information
Domestic Support Information

Bankruptcy No. **20-12812-DJB**

341 Hearing Date _____

Name of Debtor **Sharon A Gombocz**

Current Address Of Debtor **38 Neeld LN Aston, PA 19014**

Name, Address, And Phone Number Of Employer(s) _____

Date Employment Started _____

Domestic Support Obligation(s)
(check the statement That applies to you)

___ I am not required to pay any Domestic Support Obligations, or or.

___ I am required to pay Domestic Support Obligations and I have paid amounts paid any amounts payable under a Court Order or Statue that were due on or before today's date - complete section below or,

___ I am required to pay Domestic Support Obligations but I have not paid all amounts under Court Order or Statue as of today's date - complete section below.

I make Domestic Support Payments to:
_____

Reasons for Support Payments: (i.e. child Support, alimony)
_____

The information I have provided above is true and correct to the best of my knowledge and belief. I AUTHORIZE THE STANDING TRUSTEE TO INCLUDE MY FULL SOCIAL SECURITY NUMBER WHEN PROVIDING THE WRITTEN NOTICE REQUIRED BY 11 U.S.C. §1302((d)(1)(B)(i) TO THE STATE CHILD SUPPORT ENFORCEMENT AGENCY.

_Sharon Gombocz_
Debtor's Signature