United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-12812-djb

Sharon A Gombocz     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: May 28, 2025     Form ID: 138OBJ     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon A Gombocz, 38 Neeld Ln, Aston, PA 19014-2009 |
| 14519759 | | PNC BANK, NATIONAL ASSOCIATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14515281 | | PNC Mortgage, 1601 Ranstead St, Philadelphia, PA 19103 |
| 14515282 | | Police and Fire FCU Customer Service, PO Box 30495, Tampa, FL 33630-3495 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2025 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2025 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14515275 | | Email/PDF: bncnotices@becket-lee.com | May 29 2025 00:35:35 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14517327 | + | Email/Text: bkfilings@zwickerpc.com | May 29 2025 00:27:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14515276 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2025 00:26:00 | Bank of America, ATTN: Bankruptcy Dept, PO Box 982238, El Paso, TX 79998-2238 |
| 14522856 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 29 2025 00:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14515277 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2025 00:36:32 | Citi Cards/ Simplicity Card, PO Box 6062, Sioux Falls, SD 57117-6062 |
| 14515278 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2025 00:36:30 | Citi Cards/At&t Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14515279 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 29 2025 00:27:00 | Comenity Capital Bank/Ulta, Attn: Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |
| 14528076 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2025 00:35:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14531205 | | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2025 00:26:00 | PNC BANK, NATIONAL ASSOCIATION, PNC BANK, NA, Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14515280 | | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2025 00:26:00 | PNC Bank, N.A., PO Box 3429, Pittsburgh, PA 15230-3429 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2025 | Form ID: 138OBJ | Total Noticed: 21 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14523456 | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2025 00:26:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14560225 | ^ MEBN | May 29 2025 00:21:18 | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14532975 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2025 00:35:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14515283 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2025 00:36:30 | Sears, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 14515284 | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2025 00:35:32 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14515285 | | 2:20-bk-12812 |
| 14515286 | * | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 14515287 | * | Bank of America, ATTN: Bankruptcy Dept, PO Box 982238, El Paso, TX 79998-2238 |
| 14515288 | * | Citi Cards/ Simplicity Card, PO Box 6062, Sioux Falls, SD 57117-6062 |
| 14515289 | * | Citi Cards/At&t Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14515290 | * | Comenity Capital Bank/Ulta, Attn: Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |
| 14515291 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 3429, Pittsburgh, PA 15230-3429 |
| 14515292 | * | PNC Mortgage, 1601 Ranstead St, Philadelphia, PA 19103 |
| 14515293 | * | Police and Fire FCU Customer Service, PO Box 30495, Tampa, FL 33630-3495 |
| 14515294 | * | Sears, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 14515295 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ARECHAVALA | on behalf of Debtor Sharon A Gombocz legaloptions@comcast.net arechavala.aliciab125293@notify.bestcase.com;arechavala.aliciab125293@notify-prod.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 28, 2025 | Form ID: 138OBJ | Total Noticed: 21 |

ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION wbecf@brockandscott.com, mario.hanyon@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

Form 138OBJ (6/24)–doc 49 – 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Sharon A Gombocz )  Case No. 20−12812−djb
 )
 )
   Debtor(s). )  Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 28, 2025

For The Court

Timothy B. McGrath
Clerk of Court